STATE BOARD OF MEDICAL EXAMINERS OF NEW JER-
SEY, RESPONDENT, v. GEORGE GESE, APPELLANT.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose *per curiam* is
printed in 4 *N. J. Mis. R.* 373.

For the respondent, *Edward L. Katzenbach.*

For the appellant, *Benjamin E. Gordon.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered in the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, VAN
BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   11.

*For reversal*—None.